# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. KEVIN MENDEZ

Docket No. 3:00CR00087(AVC)

## PETITION ON PROBATION AND SUPERVISED RELEASE

FILED

**COMES NOW** Xenia T. Gray, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Kevin Mendez who was sentenced to 37 months' imprisonment for a violation of 21 U.S.C. § 846 by the Honorable Alfred V. Covello, Senior U.S. District Judge, sitting in the court at Hartford on August 4, 2003, who fixed the period of supervision at four years which commenced on October 12, 2005, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: (1) The defendant shall participate in a substance abuse treatment program considered appropriate for him by the United States Probation Office; and (2) The defendant shall participate in a mental health treatment program considered appropriate for him by the United States Probation Office.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

<u>Charge No. 1 - Mandatory Condition</u>: "While on supervised release, you shall not commit another federal, state or local crime. You shall not illegally possess a controlled substance."

On February 27, 2007, the defendant was arrested by the Hartford Police Department and charged with Possession of Narcotics, Possession with Intent to Sell Narcotics, Illegal Possession Within 1500 Feet of a School, Drug Factory and Interfering with Police.

Mr. Mendez is currently detained at the Hartford Correctional Center on a $500,000 bond. His next court date is scheduled for March 15, 2007.

**PRAYING THAT THE COURT WILL ORDER** a warrant be issued to be lodged as a detainer with the period of supervision tolled.

## ORDER OF COURT

Considered and ordered this 12TH day of March 2007 and ordered filed and made a part of the records in the above case.

The Honorable Alfred V. Covello
Senior United States District Judge

Sworn to By

Xenia T. Gray, United States Probation Officer

Place HARTFORD, CONNECTICUT

Date MARCH 12, 2007

Before me, the Honorable Alfred V. Covello, Senior United States District Judge, on this 12TH day of March 2007, U.S. Probation Officer Xenia T. Gray appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

The Honorable Alfred V. Covello
Senior United States District Judge