UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,  DOCKET NO. 3:03-CR-0087(AVC)

    Plaintiff,

V.

KEVIN MENDEZ,

    Defendant.  MARCH 14, 2008

### MOTION TO MODIFY CONDITIONS OF RELEASE

NOW COMES, Kevin Mendez, the defendant herein, and moves this Honorable Court to modify the conditions of his release for the following reason(s):

1. On February 8, 2008, this court held a hearing concerning the revocation of Mr. Mendez's supervised release.
2. The Court agreed to release Mr. Mendez on conditions, including the condition that Mr. Mendez's brother-in-law co-sign a non-surety bond.
3. Mr. Mendez's brother-in-law remains in Florida and has not yet signed the non-surety bond.
4. Mr. Mendez proposes that the signee be changed from Mr. Mendez's brother-in-law to Mr. Mendez's mother, Milagros Alvarez of 136 Flatbush Avenue, Hartford, CT 06106.
5. Counsel understands that Ms. Alvarez is willing to co-sign the non-surety bond.

6. In addition, this Court should be aware that Ms. Alvarez is the title owner of the property located at 136 Flatbush Avenue, Hartford, CT 06106.

WHEREFORE, the defendant, Kevin Mendez, prays that this motion be granted and that his conditions of release be modified.

                          RESPECTFULLY SUBMITTED,
                          KEVIN MENDEZ, DEFENDANT,

By: _____
David J. Wenc
WENC LAW OFFICES
546 Halfway House Road
P.O. Box 306
Windsor Locks, CT 06096
Tel. 860-623-1195
Fed Bar #ct00089
david.wenclaw@sbcglobal.net

**CERTIFICATION**

I hereby certify that on this 14th day of March, 2008, I served a copy of the within Motion to counsel of record by CMECF and/or by U.S. Mail, first class postage prepaid, and to:

The Honorable Alfred V. Covello
U.S. District Court
450 Main Street
Hartford, CT 06103

| | |
|---|---|
| AUSA Michael J. Gustafson | USPO Xenia Gray |
| U.S. Attorney's Office | U.S. Probation Office |
| 157 Church Street, 23rd Floor | 450 Main Street |
| New Haven CT 06510 | Hartford CT 06103 |

_____
David J. Wenc, Esq.